IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH FOWLER,

    Plaintiff,

    v.

ANGELA E. KROLL, N. KAMPHUIS,
B. SHRUBBE, P. SUMNICHT,
DAVID BURNETT, MS. DETERT, GARY H.
HAMBLIN and WILLIAM POLLARD,

    Defendants.

ORDER

Case No. 14-cv-28-wmc

Plaintiff Kenneth Fowler, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He has paid the $400 filing fee. Nevertheless, because he is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the Act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

ORDER

IT IS ORDERED that plaintiff Kenneth Fowler's complaint is taken under advisement for screening pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate

1

with the court about his case, he should be sure to write the case number shown above on his communication.

Entered this 6th day of January, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge